IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE E. WILLIAMS, # 274-486, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. H-00-3779 |
| STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this 7th day of September 2001, by the United States District Court for the District of Maryland,

**ORDERED**:

1. That the time for Defendants to file a reply memorandum be and hereby is extended to September 19, 2001; and,

2. That the time for plaintiff to file a further memorandum be and hereby is extended to October 5, 2001.

_____
United States District Judge