IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE E. WILLIAMS, JR.          *

    Plaintiff                      *

    vs.                            *       CIVIL NO. H-00-3779

STATE OF MARYLAND DEPARTMENT       *
OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES and          *
WILLIAM SONDERVAN, Commissioner

    Defendants                     *

\*  \*  \*     o0o     \*  \*  \*

O R D E R

    For the reasons stated in the Court's Memorandum Opinion of today, it is this 3rd day of December, 2001 by the United States District Court for the District of Maryland,

    ORDERED:

    1. That plaintiff's motion to compel discovery is hereby denied;

    2. That defendants' motion for summary judgment is hereby granted;

    3. That plaintiff's motion for summary judgment is hereby denied; and

    4. That judgment is hereby entered in favor of the defendants.

                                      Senior United States District Judge